396 A.2d 18

Commonwealth v. Carmen, Appellant.

Argued April 14, 1978. Joseph M. George, for appellant; Gerald R. Solomon, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., would remand for suppression hearing.

The above case was decided prior to the retirement of HOFFMAN, J.